**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Cause number:  01-13-00103-CR

Style:  O.D. VanDuren

**v** The State of Texas

Date motion filed:  January 29, 2014

Party filing motion:  Appellant

Document to be filed:  Appellant's Brief

Ordered that motion is:

☑ Granted
If document is to be filed, document due:

☐ The Clerk is instructed to file the document as of the date of this order
☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

**On January 29, 2014, appellant, O.D. VanDuren, filed a "Motion Relating to Appellant's Brief" requesting that this Court (1) suspend the requirement that appellant file copies of his appellant's brief and (2) "accept his *pro se* brief as his Appellate Brief."**

**The motion is granted. The requirement that appellant file five copies of his appellant's brief with this Court under Texas Rule of Appellate Procedure 9.3(a)(1) is suspended. *See* TEX. R. APP. P. 2. Appellant's *pro se* brief is deemed to be his appellant's brief.**

Judge's signature: /s/ Justice Jane Bland

☑ Acting individually   ☐ Acting for the Court

Panel consists of _____.

Date:  February 20, 2014